**WEISS & MOY, P.C.**
Jeffrey Weiss (CA SBN 130385)
jweiss@weissiplaw.com
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211
Tel: (323)653-3900
Fax: (323)653-3021

Ken Motolenich-Salas (*pro hac vice*)
kmotolenich@weissiplaw.com
4204 N. Brown Avenue
Scottsdale, AZ 90266
Tel: (480) 994-8888
Fax: (480) 947-2663

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DE CORDOVA, an individual, | Case No. CV11-06114-RGK (RZx) |
| Plaintiff, | **(Hon. R. Gary Klausner)** |
| v. | **NOTICE OF SETTLEMENT IN PRINCIPLE** |
| MCG NEVADA, INC. a Nevada corporation doing business as SLEEP MASTER; MARC C. GORDON, an individual; CYNTHIA J. CALLENDAR-GORDON, an individual; | |
| Gordons. | |
| MARC C. GORDON, an individual; and CYNTHIA J. CALLENDAR-GORDON, an individual, | |
| Counterclaimants, | |
| v. | |
| JAMES DE CORDOVA, | |
| Counterclaim Defendant. | |

**To the Court:**

    PLEASE TAKE NOTICE that Plaintiff James De Cordova and Defendants Marc Gordon and Cynthia Callendar-Gordon have reached an agreement in principle to settle the above-captioned matter. The Parties anticipate filing a dismissal with prejudice of all claims and counterclaims herein within two weeks of the date of this Notice.

Dated this 20th day of August, 2012.    Respectfully submitted,

    WEISS & MOY, P.C

    /s/Kenneth M. Motolenich-Salas
    Jeffrey Weiss
    Kenneth M. Motolenich-Salas
    Attorneys for Defendants

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action.  My business address is Weiss & Moy, P.C., 4204 N. Brown Avenue, Scottsdale, Arizona 85251.  On August 20, 2012, I served the following document, entitled:

### NOTICE OF SETTLEMENT IN PRINCIPLE

on all interested parties to this action, in the manner prescribed as follows:

Robert G. Klein
rklein@regentbc.com
555 West Fifth Street, 31st Floor
Los Angeles, CA 90020-2010

_X_**CM/ECF**:  I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, which transmits a Notice of Electronic Filing to the CM/ECF registrants listed above.

__**MAIL**:  I placed true and correct copies of the document(s) in sealed envelope(s) addressed to the above addressee(s).  I am readily familiar with Weiss & Moy, P.C.'s practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

__**FAX**:  I caused the within document to be transmitted via facsimile transmission to the above addressee(s) at the above facsimile number(s) before 5:00 p.m. Pacific Time on the above date.

___**EMAIL**:  I transmitted true copies of the within document electronically by means of email to the above addressee(s) at the above email address(es).

__**HAND**:  I caused the within document to be hand-delivered to the above addressee(s) at the above address(es).

__**FEDEX**:  I caused the within document to be delivered by Federal Express to the above addressee(s) at the above address(es).

| | |
|---|---|
| 1 | Executed on this 20th day of August, 2012 at Scottsdale, AZ. |

Executed on this 20th day of August, 2012 at Scottsdale, AZ.

By: /s/Giovanna Marinelli
Giovanna Marinelli

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of and Mot. for Summ. J.                                        Case No. CV11-06114-RGK (RZx)

a