1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WEISS & MOY, P.C.**
Jeffrey Weiss (CA SBN 130385)
jweiss@weissiplaw.com
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211
Tel: (323)653-3900
Fax: (323)653-3021

Ken Motolenich-Salas (*pro hac vice*)
kmotolenich@weissiplaw.com
4204 N. Brown Avenue
Scottsdale, AZ 90266
Tel: (480) 994-8888
Fax: (480) 947-2663

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DE CORDOVA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCG NEVADA, INC. a Nevada corporation doing business as SLEEP MASTER; MARC C. GORDON, an individual; CYNTHIA J. CALLENDAR-GORDON, an individual;<br><br>Gordons.<br><br>MARC C. GORDON, an individual; and CYNTHIA J. CALLENDAR-GORDON, an individual,<br><br>Counterclaimants,<br><br>v.<br><br>JAMES DE CORDOVA,<br><br>Counterclaim Defendant. | Case No. CV11-06114-RGK (RZx)<br><br>**(Hon. R. Gary Klausner)**<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER THEREON**<br><br>**[Fed. R. Civ. Proc., Rule 41(a)(2)]** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff James De Cordova and Defendants Marc Gordon and Cynthia Callendar-Gordon, by and through their respective counsel, stipulate and agree that all claims by Plaintiff against Defendants and any and all affirmative defenses and counterclaims by Defendants against Plaintiff are dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred in connection with this action. A form of Order of Dismissal with Prejudice is being filed concurrently herewith.

Dated: 9-7 , 2012

BY: _____
ROBERT KLEIN
Attorney for Plaintiff

Dated: September 10 , 2012   WEISS & MOY, P.C.

BY: _____
KENNETH M. MOTOLENICH-SALAS
Attorney for Defendants

Dated this 10th day of Sept , 2012.    Respectfully submitted,

WEISS & MOY, P.C

/s/Kenneth M. Motolenich-Salas
Jeffrey Weiss
Kenneth M. Motolenich-Salas
Attorneys for Defendants