**WEISS & MOY, P.C.**
Jeffrey Weiss (CA SBN 130385)
jweiss@weissiplaw.com
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211
Tel: (323)653-3900
Fax: (323)653-3021

Ken Motolenich-Salas (*pro hac vice*)
kmotolenich@weissiplaw.com
4204 N. Brown Avenue
Scottsdale, AZ 90266
Tel: (480) 994-8888
Fax: (480) 947-2663

Attorneys for Defendants

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DE CORDOVA, an individual,<br><br>Plaintiff,<br>v.<br>MCG NEVADA, INC. a Nevada corporation doing business as SLEEP MASTER; MARC C. GORDON, an individual; CYNTHIA J. CALLENDAR-GORDON, an individual;<br><br>Gordons.<br>_____<br>MARC C. GORDON, an individual; and CYNTHIA J. CALLENDAR-GORDON, an individual,<br><br>Counterclaimants,<br>v.<br>JAMES DE CORDOVA,<br><br>Counterclaim Defendant. | Case No. CV11-06114-RGK (RZx)<br><br>**(Hon. R. Gary Klausner)**<br><br>**(~~PROPOSED~~) ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. Proc., Rule 41(a)]** |

The Court, having read and considered the Stipulation Re Dismissal With Prejudice executed by counsel on behalf of Plaintiff James De Cordova and

---

1  Defendants Marc Gordon and Cynthia Callendar-Gordon filed on
2  September 10  2012 pursuant to Fed. R. Civ. P. 41(a)(2), hereby ORDERS the
3  action DISMISSED WITH PREJUDICE, with each party to bear its own
4  attorneys' fees and costs incurred in connection with this action.

DATED: September 11, 2012

*Gary Klausner*

Hon. R. Gary Klausner
U.S. District Court Judge